# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MICHAEL ALAN STACY, ADC #127239<br>PLAINTIFF | |
| V. | CASE NO. 4:17CV00153 SWW/BD |
| MATT RICE, ET AL.<br>DEFENDANTS | |

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation [ECF No. 7] should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's deliberate-indifference claim is DISMISSED, without prejudice. Defendant Munyan is DISMISSED from this lawsuit. Plaintiff's conditions-of-confinement claim will PROCEED.

IT IS SO ORDERED THIS 5TH DAY OF MAY, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE