# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL ALAN STACY,
ADC #127239                                                                PLAINTIFF

V.                       CASE NO. 4:17-CV-00153 SWW/BD

MATT RICE, et al.                                                         DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Stacy's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's claims against the Doe defendants are dismissed, without prejudice.

IT IS SO ORDERED, this 24th day of August, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE