# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL ALAN STACY,
ADC #127239                                                                    PLAINTIFF

V.                    CASE NO. 4:17-CV-153-SWW-BD

MATT RICE, et al.                                                              DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Stacy's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 16th day of April, 2018.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE