# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL ALAN STACY,
ADC #127239                                                                                        PLAINTIFF

V.                       CASE NO. 4:17-CV-153-SWW-BD

MATT RICE, et al.                                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 16th day of April, 2018.


                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE